**RECEIVED**

JAN 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America ex rel. )
)
Raymond Eaves-N-28319 )
(Full name and prison number) )
(Include name under which convicted) )
)
PETITIONER )
)
)
vs. )
)
Warden Hulick )
(Warden, Superintendent, or authorized )
person having custody of petitioner) )
)
RESPONDENT, and )
)
(Fill in the following blank **only** if judgment )
attacked imposes a sentence to commence )
in the future) )
)
ATTORNEY GENERAL OF THE STATE OF )
)
Illinois )
(State where judgment entered) )

08cv0024
JUDGE KENNELLY
MAG.JUDGE COX

Case Number of State Court Conviction:

93CR19046

**PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY**

1. Name and location of court where conviction entered: Markham Court 16701 Kedzie, Markham IL 60426

2. Date of judgment of conviction: October 17th, 1997

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
Two counts of First Degree Murder, One count of Aggravated and

4. Sentence(s) imposed: One count of Robbery - Natural Life

5. What was your plea? (Check one)   (A) Not guilty      ( x )
                                     (B) Guilty          ( )
                                     (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:
N/A

Revised: 7/20/05

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):   Jury (X)   Judge only ( )
2. Did you testify at trial?   YES ( )   NO (x)
3. Did you appeal from the conviction or the sentence imposed? YES (x) NO ( )

   (A) If you appealed, give the

       (1) Name of court: THE APPELLATE OF ILLINOIS FIRST DISTRICT

       (2) Result: Denied

       (3) Date of ruling: January 13, 1999

       (4) Issues raised: ~~Violation of Supreme rule 431.~~ Due Process ~~Violation.~~

   (B) If you did not appeal, explain briefly why not:
       N/A

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES (x)   NO ( )

   (A) If yes, give the

       (1) Result: ~~Denied~~

       (2) Date of ruling: March 31, 1999

       (3) Issues raised: [See page (3b).]

   (B) If no, why not:

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes (x) No ( )

   If yes, give (A) date of petition: Present   (B) date *certiorari* was denied: Present

## PART II – COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

    YES (x)   NO ( )

    With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

    A. Name of court: THE CIRCUIT COURT OF COOK COUNTY

    B. Date of filing: October 5, 1999

    C. Issues raised: See additional sheets.

    D. Did you receive an evidentiary hearing on your petition?   YES (x)   NO ( )

    E. What was the court's ruling?   Denied

    F. Date of court's ruling: October 17, 2005

    G. Did you appeal from the ruling on your petition?   YES (x)   NO ( )

    H. (a)   If yes, (1) what was the result?   Denied

      (2) date of decision:   September 26, 2007

    (b)   If no, explain briefly why not: _____

    I. Did you appeal, or seek leave to appeal this decision to the highest state court?

      YES (x)   NO ( )

      (a)   If yes, (1) what was the result?   Denied

        (2) date of decision:   September 26, 2007

      (b)   If no, explain briefly why not: _____

ADDITIONAL PAGE

1. The trial court erroneously refused Mr. Eaves Involuntary Manslaughter Instruction.

2. The trial court denied Mr. Eaves SIXTH AMENDMENT RIGHT to a fair trial where the court denied Mr. Eaves an opportunity to introduce evidence that the victim in this case was arested for other things that was'nt a violation of the RAPE SHIELD STATUTE.

3. The trial court denied Mr. Eaves right to Due Process and a fair trial by unconstitutional application of the rape shield act that let the State's Attorney protray the victim as a very good person.

4. The trial court erred in granting the states motion in limine precluding mention that the deceased was well known by police.

5. The trial court erred in its application of SUPREME COURT RULE 431 and by its directives to counsel regarding jury selection process.

6. The trial court failed Mr. Eaves in letting the states attorney make prejudicial, inflammatory and erroneous statements in closing arguments designed to arouse the prejudices and passions of the jury, thereby prejudicing the defendants right to a fair trial.

7. Trial court denied Mr. Eaves his FIFTH AMENDMENT RIGHT by sentencing him to Natural Life for two court of First Degree Murder. In doing this it violates the one-act one-crime rule and the proportionate penalties clause.

8. The trial court failed Mr. Eaves by sentencing to a consecutive 30 year sentence to a Natural Life sentence.

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (x)

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

   1. Nature of proceeding          N/A
   2. Date petition filed           N/A
   3. Ruling on the petition        N/A
   4. Date of ruling                N/A
   5. If you appealed, what was the ruling on appeal?   N/A
   6. Date of ruling on appeal      N/A
   7. If there was a further appeal, what was the ruling?   N/A
   8. Date of ruling on appeal      N/A

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (x)

   A. If yes, give name of court, case title and case number:   N/A

   B. Did the court rule on your petition? If so, state

   (1) Ruling:   N/A

   (2) Date:

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES ( )   NO (x)

   If yes, explain:   N/A

### PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one ___ Voilation of Supreme Court Rule 431 ___
Supporting facts (tell your story briefly without citing cases or law):

The Trial court directed my counsel to give all questions to him. After recieving the questions the judges denied all the questions but one. He later denied question 5 after the question had been ask to prospective jurors. At least 28 venirepersons had been ask the question before his denial. Therefore my counsel was not permitted to ask any questions and all jurors was picked by the states attorney's in my courtroom.

(B) Ground two ___ Double ENhancement ___
Supporting facts:

The trial court denied me due process and equal protection of law by allowing the jury to deliberate on multiple courts. I was found guilty of two counts of First- Degree Murder as if two differant people was killed.

(C) Ground three <u>I did not recieve a fair and impartial trial.</u>
Supporting facts:

<u>By not instructing the jury on lesser offenses of murder. The court</u>

<u>instructed the jury first degree murder or nothing at all. With</u>

~~my statement being true to the accounts of what happen the court~~

~~should have instructed on lesser offenses of murder.~~

(D) Ground four <u>The court failed me in granting the limine motion.</u>
Supporting facts:

The victim in ths case was protrayed as a good person and in fact

was not. There had been numerous arrest on other things then prostitions.

The victim also was convicted by the same trial judge in this case.

They violated the Rape Sheild Law in this case.

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

   YES (X)   NO ( )

3. If you answered "NO" to question (2), state <u>briefly</u> what grounds were not so presented and why not:

   N/A

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing __Don't Know__

(B) At arraignment and plea __Don't Know__

(C) At trial __Frank Rago__

(D) At sentencing __Frank Rago__

(E) On appeal __Don't Know__

(F) In any post-conviction proceeding __Winona Agbabiaka__

(G) Other (state): __Douglas R. Hoff__

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO ( x )

Name and location of the court which imposed the sentence: __The Circuit Court Of Cook County__

Date and length of sentence to be served in the future __Natural Life__

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: __November 1, 2007__
(Date)

Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

__Raymond Eaves__
(Signature of petitioner)

Reg. No. N28319
(I.D. Number)

P.O. Box 711 - Menard IL 62259
(Address)

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RAYMOND EAVES )
_____ )
Plaintiff, )
    v. ) Case No. _____
)
WARDEN DONALD HULICK )
_____ )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: LISA MADIGAN          TO: _____
    100 W. Randolph             _____
    Chicago, IL 60601         _____
    _____              _____

TO: _____         TO: _____
    _____              _____
    _____              _____
    _____              _____

PLEASE TAKE NOTICE that on January 15, _____, 20 08, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: **PETITION FOR WRIT OF HABEAS CORPUS - PERSON IN STATE CUSTODY**
_____
_____.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: ~~01/15/08~~ 12-26-07      /s/ Raymond Eaves
                                                           NAME: Raymond Eaves
                                                           IDOC#: N28319
                                                           Menard Correctional Center
                                                           P.O. BOX 711
                                                           Menard, IL 62259-0711

Revised February 2005