**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Civil Cover Sheet

**08cv0024**
**JUDGE KENNELLY**
**MAG. JUDGE COX**

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. RAYMOND EAVES | **Defendant(s):** WARDEN HULICK, et al. |
| **County of Residence:** RANDOLPH | **County of Residence:** |
| **Plaintiff's Address:** Raymond Eaves N-28319 Menard - MND P.O. Box 711 Menard, IL 62259 | **Defendant's Attorney:** Chief of Criminal Appeals Illinois Attorney General's Office 100 West Randolph - 12th Floor Chicago, IL 60601 |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**FILED**
JAN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham    **Date:** 01/02/2008