7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

State of Illinois
Plaintiff

v.

Raymond Eaves
Defendant(s)

08cv0024
JUDGE KENNELLY
MAG. JUDGE COX

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Raymond Eaves, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # N-25319 Name of prison or jail: Menard
   Do you receive any payment from the institution? ☒Yes ☐No Monthly amount: 150.00

2. Are you currently employed? ☒Yes ☐No
   Monthly salary or wages: $150.00
   Name and address of employer: Menard Industry

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☒Yes ☐No
      Amount 230.85 Received by Raymond Eaves

b.   ☐ Business, ☐ profession or ☐ other self-employment          ☐ Yes   ☒ No
Amount_____ Received by_____

c.   ☐ Rent payments, ☐ interest or ☐ dividends          ☐ Yes   ☒ No
Amount_____ Received by_____

d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                  ☐ Yes   ☒ No
Amount_____ Received by_____

e.   ☐ Gifts or ☐ inheritances          ☐ Yes   ☒ No
Amount_____ Received by_____

f.   ☐ Any other sources (state source:_____)   ☐ Yes   ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                  ☐ Yes   ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11-1-2007

_Raymond Eaves_
Signature of Applicant

RAYMOND EAVES
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Raymond Eaves, I.D.# N-28319, has the sum of $_____ on account to his/her credit at (name of institution) MENARD.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 131.78.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____          _____
DATE                         SIGNATURE OF AUTHORIZED OFFICER

                             _____
                             (Print name)

Rev. 7/18/02

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;  Inmate: N28319;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate:** N28319 Eaves, Raymond     **Housing Unit:** MEN-SU-06-19

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
|  |  |  |  |  | Beginning Balance: |  | 3.69 |
| 01/05/07 | Payroll | 20 Payroll Adjustment | 005159 |  | ICI P/R DEC 2006 | 230.85 | 234.54 |
| 01/08/07 | Point of Sale | 60 Commissary | 008767 | 624388 | Commissary | -101.88 | 132.66 |
| 01/16/07 | Disbursements | 80 Postage | 016359 | Chk #78036 | 18114, DOC: 523 Fund Reimburse, Inv. Date: 01/08/2007 | -1.83 | 130.83 |
| 01/23/07 | Disbursements | 88 Sister | 023394 | Chk #78132 | 88209274, Marshall, Suzette Ea, Inv. Date: 01/23/2007 | -100.00 | 30.83 |
| 02/07/07 | Payroll | 20 Payroll Adjustment | 038159 |  | ICI P/R JAN 07 | 174.81 | 205.64 |
| 02/09/07 | Point of Sale | 60 Commissary | 040767 | 630280 | Commissary | -128.75 | 76.89 |
| 02/21/07 | Disbursements | 88 Cassette Tapes | 052394 | Chk #78497 | 88209526, Music By Mail, Inv. Date: 02/21/2007 | -15.85 | 61.04 |
| 02/27/07 | Disbursements | 88 Sister | 058394 | Chk #78648 | 88210621, Marshall, Suzette Ea, Inv. Date: 02/27/2007 | -50.00 | 11.04 |
| 03/05/07 | Point of Sale | 60 Commissary | 064767 | 633344 | Commissary | -11.04 | .00 |
| 03/06/07 | Payroll | 20 Payroll Adjustment | 065159 |  | ICI P/R FEB 2007 | 169.96 | 169.96 |
| 03/12/07 | Point of Sale | 60 Commissary | 071779 | 635432 | Commissary | -150.07 | 19.89 |
| 03/30/07 | Disbursements | 84 Library | 089359 | Chk #79175 | 26156, DOC: 523 Fund Library, Inv. Date: 03/22/2007 | -1.60 | 18.29 |
| 03/30/07 | Disbursements | 81 Legal Postage | 089359 | Chk #79177 | 26185, DOC: 523 Fund Inmate Re, Inv. Date: 03/23/2007 | -1.11 | 17.18 |
| 03/30/07 | Disbursements | 81 Legal Postage | 089359 | Chk #79177 | 26186, DOC: 523 Fund Inmate Re, Inv. Date: 03/23/2007 | -.87 | 16.31 |
| 04/02/07 | Point of Sale | 60 Commissary | 092793 | 639386 | Commissary | -15.64 | .67 |
| 04/06/07 | Payroll | 20 Payroll Adjustment | 096159 |  | ICI P/R MARCH 07 | 173.30 | 173.97 |
| 04/09/07 | Mail Room | 01 MO/Checks (Not Held) | 099245 | 249242 | Marshall, Suzette | 50.00 | 223.97 |
| 04/09/07 | Point of Sale | 60 Commissary | 099746 | 641126 | Commissary | -112.91 | 111.06 |
| 04/16/07 | Point of Sale | 60 Commissary | 106793 | 643635 | Commissary | -49.69 | 61.37 |
| 04/17/07 | Disbursements | 81 Legal Postage | 107359 | Chk #79377 | 28057, DOC: 523 Fund Reimburse, Inv. Date: 04/10/2007 | -1.11 | 60.26 |
| 04/30/07 | Disbursements | 80 Postage | 120359 | Chk #79582 | 29821, DOC: 523 Fund Inmate Re, Inv. Date: 04/27/2007 | -4.06 | 56.20 |
| 05/07/07 | Payroll | 20 Payroll Adjustment | 127159 |  | ICI P/R APRIL 07 | 73.67 | 129.87 |
| 05/07/07 | Point of Sale | 60 Commissary | 127779 | 646466 | Commissary | -91.50 | 38.37 |
| 05/17/07 | Point of Sale | 60 Commissary | 137779 | 649446 | Commissary | -32.66 | 5.71 |
| 06/11/07 | Payroll | 20 Payroll Adjustment | 162159 |  | ICI P/R MAY 07 | 100.00 | 105.71 |
| 06/11/07 | Point of Sale | 60 Commissary | 162746 | 653038 | Commissary | -91.80 | 13.91 |
| 06/29/07 | Disbursements | 90 Medical Co-Pay | 180359 | Chk #80679 | 35463, DOC: 523 Fund Reimburse, Inv. Date: 06/19/2007 | -2.00 | 11.91 |
| 07/02/07 | Point of Sale | 60 Commissary | 1837116 | 656854 | Commissary | -.75 | 11.16 |
| 07/03/07 | Mail Room | 01 MO/Checks (Not Held) | 1842113 | 256997 | Marshall, Suzette | 50.00 | 61.16 |
| 07/09/07 | Point of Sale | 60 Commissary | 1907116 | 658238 | Commissary | -50.81 | 10.35 |
| 07/09/07 | Payroll | 20 Payroll Adjustment | 190159 |  | ICI P/R JUNE 07 | 49.73 | 60.08 |
| 07/13/07 | Disbursements | 80 Postage | 194359 | Chk #80855 | 36588, DOC: 523 Fund Reimburse, Inv. Date: 07/02/2007 | -4.60 | 55.48 |
| 07/13/07 | Disbursements | 80 Postage | 194359 | Chk #80855 | 36589, DOC: 523 Fund Reimburse, Inv. Date: 07/02/2007 | -5.70 | 49.78 |
| 07/16/07 | Point of Sale | 60 Commissary | 197767 | 661036 | Commissary | -49.65 | .13 |
| 08/07/07 | Payroll | 20 Payroll Adjustment | 219159 |  | ICI P/R JULY 2007 | 38.47 | 38.60 |
| 08/20/07 | Point of Sale | 60 Commissary | 232767 | 663561 | Commissary | -29.78 | 8.82 |
| 09/07/07 | Payroll | 20 Payroll Adjustment | 250159 |  | ICI P/R AUG 07 | 137.08 | 145.90 |
| 09/10/07 | Point of Sale | 60 Commissary | 253779 | 667457 | Commissary | -131.32 | 14.58 |
| 09/17/07 | Point of Sale | 60 Commissary | 260779 | 669592 | Commissary | -13.36 | 1.22 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 |  | ICI P/R SEPT 07 | 169.96 | 171.18 |
| 10/15/07 | Point of Sale | 60 Commissary | 288779 | 674876 | Commissary | -109.70 | 61.48 |

Date: 10/26/2007    Case 1:08-cv-00024    Menard Correctional Center    Filed 01/02/2008    Page 5 of 5    Page 2
Time:  12:47pm
d_list_inmate_trans_statement_composite

Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;   Inmate: N28319;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N28319 Eaves, Raymond**                                **Housing Unit: MEN-SU-06-19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/22/07 | Disbursements | 88 daughter | 295359 | Chk #82364 | 88211352, Hughes, Ericka L., Inv. Date: 10/22/2007 | -50.00 | 11.48 |

|  |  |
|---|---|
| Total Inmate Funds: | 11.48 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 11.48 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |