# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0024 | **DATE** | January 23, 2008 |
| **CASE TITLE** | U.S. ex rel. Raymond Eaves (#N-28319) vs. Warden Hulick, et al. | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion to proceed *in forma pauperis* [#3] is granted. Respondent is ordered to respond to the petition on or before 2/25/08. On the Court's own motion, Illinois Attorney General Lisa Madigan is dismissed as a party.

■ [**For further details see text below.**]                                                       Docketing to mail notices.

## STATEMENT

   Raymond Eaves, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his convictions for first degree murder, aggravated sexual assault, and robbery on the grounds that: (1) his attorney was denied the opportunity to properly question prospective jurors on the venire panel; (2) Petitioner was found guilty of two counts of first degree murder even though there was only one victim; (3) the trial court refused to instruct the jury on lesser offenses; and (4) Petitioner was denied the opportunity to present evidence regarding the alleged victim's own criminal history.

   Petitioner having shown that he is indigent, his motion to proceed *in forma pauperis* is granted. Respondent is ordered to respond to the petition on or before 2/25/08.

   Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Petitioner must provide the Court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, Petitioner must send an exact copy of any court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by Petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the Court or returned to Petitioner.
**(CONTINUED)**

mjm

**STATEMENT (continued)**

On the Court's own motion, Illinois Attorney General Lisa Madigan is dismissed as a party. *See Hogan v. Hanks*, 97 F.3d 189, 190 (7th Cir. 1996), *cert. denied*, 520 U.S. 1171 (1997) (a state's attorney general is a proper party in a habeas petition only if Petitioner is not then confined); *see also* Rules 2(a) and (b) of Rules Governing Section 2254 Cases. In this case, Petitioner is not challenging a future sentence, but rather his present confinement. Therefore, Illinois' Attorney General is not a proper party.