**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of **Eaves v. Hulick** | Case Number: **08 C 0024** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Donald Hulick, Respondent**

| |
|---|
| NAME (Type or print) <br> **Retha Stotts** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> **s/ Retha Stotts** |
| FIRM <br> **Illinois Attorney General** |
| STREET ADDRESS     **100 W. Randolph Street, 12th Floor** |
| CITY/STATE/ZIP <br> **Chicago, IL 60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **6270680** | TELEPHONE NUMBER <br> **(312) 814-0010** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

I hereby certify that on January 25, 2008, I mailed a copy of this **Appearance** to petitioner at the following address:

Raymond Eaves, #N28319
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, IL 62259

                                   s/ Retha Stotts_____
                                   RETHA STOTTS