IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND EAVES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 0024 |
| | ) | |
| DONALD HULICK, Warden, | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS

Respondent moves this Court for a 30-day extension of time to answer or otherwise plead to petitioner's § 2254 petition. Respondent's response is currently due on February 25, 2008. This is respondent's first request for an extension of time in this case. A supporting declaration is attached to this motion.

February 15, 2008

                                      LISA MADIGAN
                                      Attorney General of Illinois

                           By:   s/ Retha Stotts
                                    RETHA STOTTS, Bar #6270680
                                    Assistant Attorney General
                                    100 West Randolph Street, 12th Floor
                                    Chicago, Illinois 60601-3218
                                    TELEPHONE: (312) 814-0010
                                    FAX: (312) 814-5166
                                    E-MAIL: rstotts@atg.state.il.us

## **DECLARATION**

RETHA STOTTS states as follows:

1. I am an Assistant Attorney General in the Criminal Appeals Division of the Illinois Attorney General's Office. I was assigned to this case on January 25, 2008. That same day, I requested the briefs and records in petitioner's state-court proceedings through a paralegal in the Illinois Attorney General's office.

2. Since that time, I have obtained and reviewed the following records in petitioner's case: (a) the briefs filed in the Illinois Appellate Court in petitioner's direct appeal (obtained from Westlaw); (b) the petition for leave to appeal (PLA) petitioner filed in the Illinois Supreme Court in his direct appeal (obtained from Attorney General's in-house files); and (c) the PLA petitioner filed in the Illinois Supreme Court in his appeal from the denial of postconviction relief (obtained from Attorney General's in-house files).

3. I am still waiting to receive the Illinois Appellate Court's orders in petitioner's direct and postconviction appeals, the appellate briefs in petitioner's postconviction appeal, and the records relating to petitioner's trial and postconviction proceedings. I am requesting this extension of time because I need to review these materials before I can respond to the petition.

4. Petitioner is incarcerated in the Menard Correctional Center in Menard, Illinois. I cannot contact petitioner by telephone and do not know whether he objects to my request for an extension of time.

I declare under penalty of perjury that the above facts are true.

Dated: 2/15/08                                              s/ RETHA STOTTS
                                                            RETHA STOTTS

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing **Motion For Extension Of Time To Respond To Petition For Writ Of Habeas Corpus** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system and mailed a copy to the following non-CM/ECF participant by United States Postal Service:

Raymond Eaves, N28319
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, IL 62259

                                                s/ Retha Stotts_____
                                                RETHA STOTTS, Bar #6270680
                                                Assistant Attorney General
                                                100 West Randolph Street, 12th Floor
                                                Chicago, Illinois 60601-3175
                                                TELEPHONE: (312) 814-0010
                                                FAX: (312) 814-5166
                                                E-MAIL: rstotts@atg.state.il.us