IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND EAVES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 0024 |
| | ) | |
| DONALD HULICK, Warden, | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To: Raymond Eaves, N28319
     Menard Correctional Center
     711 Kaskaskia Street
     P.O. Box 711
     Menard, IL 62259

Please take notice that on Tuesday, March 4, 2008, at 9:30 a.m., or as soon thereafter as I can be heard, I will appear before Judge Kennelly in room 2103 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's **Motion For Extension Of Time To Respond To Petition For Writ Of Habeas Corpus**.

February 15, 2008                                       LISA MADIGAN
                                                               Attorney General of Illinois

                                             By:    <u>s/ Retha Stotts</u>
                                                                 RETHA STOTTS, Bar #6270680
                                                                 Assistant Attorney General
                                                                 100 West Randolph Street, 12th Floor
                                                                 Chicago, Illinois 60601-3175
                                                                 TELEPHONE: (312) 814-0010
                                                                 FAX: (312) 814-5166
                                                                 E-MAIL: rstotts@atg.state.il.us