# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0024 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Raymond Eaves vs. Donald Hulick | | |

**DOCKET ENTRY TEXT**

Respondent's motion for extension of time is granted. Response to petition is to be filed by 3/26/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|