IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JH  **F I L E D**

RAYMOND EAVES,                    )

           Petitioner,           )

        v.                         )  **No. 08 C 0024**

DONALD HULICK, Warden          )  The Honorable
                              )  Matthew F. Kennelly
        Respondent             )  Judge Presiding.

MAR  3 2008 MB
March. 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

### MOTION TO DENY RESPONDENTS MOTION FOR
### EXTENSION OF TIME BEYOND FEBURARY 25TH DEADLINE

---

    Now comes Raymond Eaves, pro se, Petitioner in the above entitled cause, and hereby respectfully moves this Honorable Court to Deny the ATTORNEY GENERALS ASSISTANCE Motion For Extension of Time. In support thereof Petitioner states the following:

1. Respondents Attorney Retha Stotts states in the declaration of the Motion that was sent to me and I quote; Petitioner is incarcerated in the Menard Correctional Center in Menard Illinois. I cannot contact Petitioner by telephone and do not know whether he objects to my request for an extension of time. End of quote.

2. Directly under this is the declare under penalty of perjury that the above facts are true. I am challenging attorney Retha Stotts that her facts are not true.

3. The ATTORNEY GENERALS OFFICE Can get in touch with any person that has been convicted of a crime in the state of illinois. Here at MENARD CORRECTIONAL CENTER they have calls that is only allowed in by Attorneys. These calls are called Attorney Calls.

4. March 4th, is exactly 8 days past the present deadline of the 25th of Feburary. This means that they have already violated the courts order to respond to the Petitioners Writ of habeas Corpus.

5. Retha Stotts wonder whether I the Petitioner objects to the Motion For Extension of Time. Well I Raymond Eaves pro se, Petitioner, objects.

6. I have met all my deadlines in my court procedings over the past 14 plus years. I feel that they are no different then us in meeting court deadlines.

    Wherefore, Petitioner Rayomnd Eaves prays this Honorable Court Deny the Assistant Attorney Generals Motion For Extension of Time for the foregoing reasons stated above.

                                Respectfully Submitted,
                                Raymond Eaves- N-28319

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Raymond Eaves                     )
Plaintiff,                        )
                                  )
                                  )
        v.                        )
                                  )    Case No. 08 C 0024
WARDEN DONALD HULICK              )
Defendant                         )

---

PROOF/CERTIFICATE OF SERVICE

TO:LISA MADIGAN                    TO: PRISONER CORRESPONDENCE
    100 W. Randolph                    Clerks Office
    Chicago, IL 60601                  U.S. District Court
    Attn; Rethat Stotts                219 South Dearbourn Street
                                       Chicago, IL 60604

PLEASE TAKE NOTICE THAT On Feburary 25th 2008, I have placed
the documents listed below in the institutional mailed at Menard
Correctional Center, properly addressed to the parties listed
above for the mailing through the United States Postal Service:

MOTION TO DENY RESPONDENTS MOTION FOR
EXTENSION OF TIME BEYOND FEBURARY 25th DEADLINE

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109,
I Raymond Eaves plaintiff, prose, declare under penalty of
perjury, that I am a mamed party in the above action, that I
have read the above documents, and that the information contained
therein is true and correct to the best of my khowledge.

DATE:   02/25/08

                                   Raymond Eaves- N-28319
                                   Menard Correetional Center
                                   P.O. Box 711
                                   Menard Illinois 62259-0711