## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 24 | **DATE** | 3/21/2008 |
| **CASE TITLE** | Raymond Eaves (N-28319) vs. Hulick | | |

**DOCKET ENTRY TEXT**

Petitioner's motion to deny respondent's motion for extension of time is denied [# 12]. because the requested extension was reasonable under the circumstances. Petitioner is directed to file a reply to respondent's answer on or before 5/5/08. The Court notes that in his answer, respondent argues that certain of petitioner's claims are procedurally defaulted. In his reply, petitioner should address this argument and should discuss, among other things, whether there is a basis to excuse any procedural default that he may have committed during the state court proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|