IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 2 2008

May 2, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RAYMOND EAVES                     )
Petitioner,                       )
                                  )
                                  )
                                  )    No. 08 C 0024
        v.                        )
                                  )
                                  )
DONALD HULICK,   Warden           )    The Honorable
Respondent,                       )    MATTHEW F. KENNELLY
                                  )    Judge Presiding.

---

MOTION TO EXCUSE ANY PROCEDURAL DEFAULT

---

Now comes Raymond Eaves, pro se, Petitioner in the above entitled cause, and hereby respectfully moves this Honorable Court to excuse any procedural default that may have occured on his behalf. In support therof Petitioner states the following:

1. On direct appeal I was represented by Attorney Greg Koster and was denied on Janurary 13, 1999. At that moment I was sent a copy of Supreme Court 315 to show me how to file for leave to appeal.

2. My leave to appeal was filed with the Supreme Court of Illinois on Feburary 9, 1999. On March 31, 1999 that leave to appeal was denied by the Supreme Court of Illinois. A mandate was issued to the Appellate Court on April 22, 1999.

3. I was then instructed by the law library to file a Petition for Post Conviction Relief. I did as instructed and filed that on October 5th, 1999. I was represented by Assistant Pubic Defender Winona Agbabiaka.

4. On June 25, 2001 a Partial Supplemental Post-Conviction Petition was file by her at the Criminal Courts Building at 2650 South California, Chicago Illinois.

5. A second Supplemental Petition For Post Conviction Relief was filed on September 15 2005. This Petition was also file by Winona Agbabiaka of the Assistant Pubic Defenders Office. This Petition was denied on October 19 2005.

6. Right then Attorney Winona Agbabiaka of the Assistant Pubic Defenders Office filed a Notice of Appeal. That Date is October 19 2005.

7. That Notice was then pick up by Douglas R. Hoff of the Assistant Appellate Defender Office of the State Appellate Defenders. 203 North LaSalle Street- 24th Floor, Chicago, Illinois 60601.

8. On July 24, 2006 Douglas R. Hoff of the Assistant Appellate
   Defenders Office delivered nines copies of a Brief and Argument
   to the Clerk of the APPELLATE COURT OF ILLINOIS FIRST DISTRICT.

9. On March 6, 2007 the Appellate Court made a decision on that
   Brief and ordered that my 30 year consecutive sentence be vacated
   and it is to run concurrent with my natural life.

10. On March 28, 2007 I was instructed by our law library to file
    another leave to appeal. That same day it was file.

11. On September 26, 2007 that petition for leave to appeal was
    denied and a mandate was issued to the Appellate Court on
    November 1, 2007.

12. I was then instruct to file a Writ of Habeas Corpus. I did
    exactly that on Janurary 15, 2008. This is where we are now.

ARGUMENT

I Raymond Eaves have been waiting to get to this point in
my case. I was convicted in 1997. My jury selection was in complete
violation of Supreme Court Rule 431. The lower courts have completely
ignored this violation and has left me no other chose in this mattter.

I Raymond Eaves was sentenced for two counts of first degree
murder for only one person. I feel that this was and injustice in
my trial. I have met all the deadlines I was suppose to meet in this
case.

I Raymond Eaves understand that that there strict rules when it
comes to the high court. I have a Natural Life sentence and I am 49
years old. All I'm asking the court to look at the four different
causes and see were they justice.

I Raymond Eaves is willing to do the time in this cause but,do
it really have to be for the rest of my life ? Do I have to get to
this point in my case and be turn down by the high court? I hope
not and pray that the court corrects the injustice of the trial court.

Wherefore, I Raymond Eaves Petitioner, pro se, prays this
Honorable Court excuse me in this matter.

April 28, 2008

Raymond Eaves- N-28319
P.O. Box 711
Menard, Illinois 62259

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RAYMOND EAVES )
PETITIONER, )
)
v. )   NO. 08 C 2400
)        14
)
WARDEN DONALD HULICK )   THE HONORABLE
RESPONDENT, )   MATTHEW F. KENNELLY
)   JUDGE PRESIDING.

---

PROOF/CERTIFICATE OF SERVICE

TO: RETHA STOTTS
    100 W. Randolph
    Chicago, Il 60601

TO: OFFICE OF
    CLERK OF THE U.S. DISTRICT COURT
    PRISON CORRESPONDENCE
    UNITED STATES COURT HOUSE
    219 SOUTH DEARBORN STREET
    CHICAGO, ILLINOIS 60604

PLEASE TAKE NOTICE THAT ON April 28, 2008  I have place the documents

listed below in the institutional mail at Menard Correctional Center,

properly addressed to the parties listed above for the mailing through

the United States Postal Service;

MOTION TO EXCUSE ANY PROCEDURAL DEFAULT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare,

under penalty of perjury, that I am a named party in the above action,

that I have read the above documents, and that the information contained

therein is true and correct to the best of my knowledge.

DATE: April 28, 2008

Raymond Eaves -N-28319
P. O. Box 711
Menard, Illinois 62259