IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RAYMOND EAVES )
PETITIONER, )
 )
 )
 )
v. )
 ) No. 08 C 0024
 )
WARDEN DONALD HULICK )  THE HONORABLE
RESPONDENT, ) MATTHEW F. KENNELLY
 ) JUDGE PRESIDING

FILED
MAY 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes Raymond Eaves, pro se, Petitioner in the above entitled cause, and hereby respectfully moves this Honorable Court to appoint counsel in this cause. In support thereof Petitioner states the following:

1. I have been incarcerated continuously since July 15, 1993, and I'm presently held in custody and residing at the MEnard Correctional Center, In Menard.

2. I am without the services of counsel to represent me in this matter and wishes the court to appoint counsel to represent me in this matter.

3. Procedural Default is a very serious matter when it comes to the UNITED STATES DISTRICT COURT. I Raymond Eaves, petitioner, can not fight against the ATTORNEY GENERALS OFFICE without adequate counsel.

4. I am without sufficient income or assets with which to pay for the costs of these proceedings or employ an attorney to represent me in this matter.

WHEREFORE, I Raymond Eaves, Petitioner, respectfully requests that counsel be appointed to represent me in this very serious matter.

April 28, 2008

Raymond Eaves
Raymond Eaves -N-28319
P.O. Box 711
Menard, Illinois 62259