April 28, 2008

To: The Honorable Matthew F. Kennelly,

Sir,       08C24

    I wrote the court to ask for the arguments of the March 21, 2008 proceedings. I recieved a return letter stating that there are not any records of those proceedings. I am to answer those arguments by April 5th, 2008. Since I don't know or have any knowledge of a procedural default, I felt that it would be in my best interest to file the following motions. I hope that these motions can help me in this very serious matter.

                                  Sincerely Yours,
                                  Mr. Raymond Eaves
                                  N-28319-S-U-619
                                  P.O. Box 711
                                  Menard, Illinois 62259

FILED
MAY 2 2008
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT