# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 24 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Eaves vs. Hulick | | |

**DOCKET ENTRY TEXT**

Petitioner has sent the Court a letter asking for a copy of the transcript of any proceedings that took place on 3/21/08. The Court advises that there were no proceedings that took place that day; all the Court did was enter an order directing petitioner to reply to the answer to his habeas corpus petition. The reference in the Court's order to arguments concerning procedural default was intended to point petitioner to arguments made by respondent in its answer that certain claims were procedurally defaulted, and to ask petitioner to explain, in his reply, whether there was a basis to excuse any procedural default that respondent claims occurred.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|